IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO RABBINICAL COUNCIL, INC., an Illinois Not-For-Profit Corporation,<br><br>Plaintiff,<br>v.<br><br>ABDUL REHMAN GROUP, INC., d/b/a MOUNSEF INTERNATIONAL, INC., d/b/a AL-KHYAM BAKERY AND GROCERY, an Illinois Corporation,<br><br>Defendants. | Case No. 19-cv-08290<br><br>Honorable Judge Elaine E. Bucklo |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
ENTRY OF AN ORDER AWARDING DAMAGES AND OTHER RELIEF**

THIS MATTER having come before the Court and after reviewing Plaintiff's, Chicago Rabbinical Council, Inc., Motion for Entry of an Order Awarding Damages and Other Relief, THE COURT FINDS AS FOLLOWS AND IT IS HEREBY ORDERED that:

1. CRC is the owner of the following valid and incontestable trademark on the Principal Register of the United States Patent and Trademark Office: [cRc logo] Registration No. 1,382,849, Registered on February 11, 1986 ("cRc Mark"). The cRc Mark is a certification trademark to indicate the food products or equipment used in connection with such food products are kosher.

2. Since May 29, 2019, Defendant was not authorized nor given permission to use the cRc Mark on its products, packages, and labels.

3. Defendant applied a counterfeit cRc Mark on its packaging and labels thereby using the cRc mark without authorization or permission from CRC and its actions constitute trademark infringement.

4. Defendant received notice on May 29, 2019, June 6, 2019, and November 7, 2019 that it was neither permitted nor given authorization to use the cRc Mark on its packaging and labels.

5. Defendant's wrongful acts are intentional and willful misappropriations of the cRc Mark and the goodwill and reputation associated with it.

6. Defendant's wrongful acts and wrongful infringements have caused and will continue to cause irreparable harm to CRC unless permanently enjoined, for which CRC has no adequate remedy at law.

**NOW, THEREFORE**, pursuant to the injunctive powers of the Lanham Act, 15 U.S.C. § 1114, and the inherent power of this Court to fashion equitable remedies,

It is hereby ORDERED that:

1. Judgment is **GRANTED** in favor of CRC and against Defendant on all claims;

2. The Permanent Injunction is **GRANTED** against Defendant, their officers, agents, servants, employees, attorneys, successors, assignees, and subsidiaries, and any and all persons acting in concert or participating with them, jointly or severally, pursuant to the Lanham Act, 765 ILCS 1036, and 815 ILCS 510, from:

   a. using the cRc Mark, or any reproduction, counterfeit, copy, or colorable image of said mark, in connection with the manufacturing, distribution, transportation, sale, offer for sale, or distribution of food products, that is not a genuine CRC kosher certification;

b. using the cRc Mark or any reproduction, counterfeit, copy, or colorable imitation of the same, in any manner likely to cause others to believe that Defendant's products are approved by CRC;

c. passing-off, inducing, or enabling others to sell or pass off any products, which are not approved by CRC as having been approved by CRC;

d. making any false or misleading statements regarding CRC or its services, or the relationship between CRC and Defendant;

e. committing any other acts calculated to cause purchasers to believe that Defendant's products are approved by CRC;

f. shipping, delivering, holding for sale, importing, distributing, returning, transferring, or otherwise moving or disposing of in any manner such kosher certifications falsely beating the cRc Mark or any reproduction, counterfeit, copy, or colorable imitation of the same;

g. disposing of, destroying, moving, secreting, relocating, and/or transferring any and all of Defendant's stock and inventory of wrongfully labeled products branded with the cRc Mark, without Court direction; and

h. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs;

3. CRC is **GRANTED** statutory damages in the amount of $1,000,000.00 pursuant to 15 U.S.C. § 1117(b);

4. CRC is **GRANTED** its costs in the amount of $953.21 pursuant to Lanham Act, 765 ILCS 1036, and 815 ILCS 510;

     5.    CRC is **GRANTED** its attorney's fees in the amount of $16,387.50 pursuant to 15 U.S.C. § 1117(a); and

     6.    CRC is **GRANTED** punitive damages pursuant to Illinois Common Law in the amount of $0.

Dated: June 9, 2020

                                                      Honorable Judge Elaine E. Bucklo
                                                      U.S. District Court Judge

Respectfully submitted,

CHICAGO RABBINICAL COUNCIL, INC.

*/s/ Christopher W. Niro*

Christopher W. Niro
Nathan H. Lichtenstein
Kristina D. Diesner
ARONBERG GOLDGEHN DAIVS & GARMISA
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611
312-755-3161
cniro@agdglaw.com
nlichtenstein@agdglaw.com
kdiesner@agdglaw.com

***Attorneys for Plaintiff, Chicago Rabbinical Council, Inc.***